Certificate Number: 00301-PAE-DE-031619820

Bankruptcy Case Number: 15-17515



00301-PAE-DE-031619820

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 15, 2018, at 1:22 o'clock PM EDT, DONNA L ORTA completed a course on personal financial management given by internet by InCharge Debt Solutions, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    September 15, 2018            By:    /s/Jimmy Arreaga

Name:  Jimmy Arreaga

Title:   Certified Bankruptcy Counselor