United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 15-17515-ref
Donna L. Orta                                                                       Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: Lisa           Page 1 of 2            Date Rcvd: Mar 20, 2019
                    Form ID: 138NEW     Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2019.
```
db             +Donna L. Orta,    759 6th Street,    Whitehall, PA 18052-5811
aty            +JANET M. SPEARS,    Aldridge Pite, LLP,    4375 Jutland Drive, Suite 200,    PO Box 17933,
                 San Diego, CA 92177-7921
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +Wilmington Savings Fund Society, FSB,    c/o Janet M. Spears,    4375 Jutland Dr, Ste 200,
                 PO Box 17933,    San Diego, CA 92177-7921
13617269       +Best Buy,    Capital One Retail Services,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
13684485        Capital One, N.A.,    c o Becket and Lee LLP,    PO Box 3001,    Malvern, PA 19355-0701
13617271        Chase,    P.O. Box 15153,    Wilmington, DE  19886-5153
13617272        CitiBank,    Sears MasterCard,    P.O. Box 6004,    Sioux Falls, SD  57117-6004
13617273       +CitiFinancial,    201 Basin Street, Suite 5,    Williamsport, PA 17701-5352
13690745        CitiFinancial Servicing LLC,    P.O. Box 6043,    Sioux Falls, SD 57117-6043
13723143       +CitiFinancial Servicing LLC,    Ballard Spahr LLP,    1735 Market Street, 51st floor,
                 Philadelphia, PA 19103-7599
13617275        Home Depot/CitiBank, N.A.,    P.O. Box 182676,    Columbus, OH  43218-2676
13758589       +Kevin K. Kercher, Esquire,    881 Third Street, Suite #C-2,    Whitehall, PA 18052-5930
13707465       +WELLS FARGO BANK, N.A.,    Attn: Bankruptcy Department,    MAC# D3347-014,
                 3476 STATEVIEW BOULEVARD,    FORT MILL, SC 29715-7203
13707469       +Wells Fargo Bank, N.A.,    Phelan Hallinan, LLP,    1617 JFK Blvd, Suite 1400,
                 Philadelphia, PA 19103-1814
13617278        Wells Fargo Home Mortgage,    P.O. Box 14411,    Des Moines, IA  50306-3411
14013239       +Wilmington Savings Fund Society, FSB,    Aldridge Pite, LLP,    4375 Jutland Drive, Suite 200,
                 PO Box 17933,    San Diego, CA 92177-7921
14032830       +Wilmington Savings Fund Society, FSB,,    Carrington Mortgage Services, LLC,
                 1600 South Douglass Road,    Anaheim, CA 92806-5948
13672915        eCAST Settlement Corporation,    PO Box 29262,    New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 21 2019 02:25:51
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 21 2019 02:26:20     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13617270       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 21 2019 02:23:41     Capital One,
                 P.O. Box 85617,    Richmond, VA 23285-5617
13644676        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 21 2019 02:23:40
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13652690        E-mail/Text: mrdiscen@discover.com Mar 21 2019 02:25:38     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13617274        E-mail/Text: mrdiscen@discover.com Mar 21 2019 02:25:38     Discover Card,    PO Box 71084,
                 Charlotte, NC  28272-1084
13617276        E-mail/Text: bncnotices@becket-lee.com Mar 21 2019 02:25:40      Kohl's Payment Center,
                 P.O. Box 2983,    Milwaukee, WI  53201-2983
13617277        E-mail/PDF: pa_dc_claims@navient.com Mar 21 2019 02:23:14     Navient,    PO Box 13611,
                 Philadelphia, PA  19101-3611
13671166        E-mail/PDF: pa_dc_claims@navient.com Mar 21 2019 02:23:41     Navient Solutions, Inc.,
                 P.O. Box 9640,    Wilkes-Barre, PA 18773-9640
13707828        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 21 2019 02:23:24
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
                                                                                                TOTAL: 10
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-4          User: Lisa                 Page 2 of 2                  Date Rcvd: Mar 20, 2019
                              Form ID: 138NEW            Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2019 at the address(es) listed below:
              JOSEPH ANGEO DESSOYE    on behalf of Creditor   Wells Fargo Bank, N.A. paeb@fedphe.com
              KEVIN K. KERCHER    on behalf of Debtor Donna L. Orta kevinkk@kercherlaw.com,
               kevin@kercherlaw.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MARTIN C. BRYCE, JR.    on behalf of Creditor   CitiFinancial Servicing LLC bryce@ballardspahr.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Wilmington Savings Fund Society, FSB, as trustee of
               Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
              SCOTT  WATERMAN   ECFmail@fredreiglech13.com,    ECF_FRPA@Trustee13.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor   Wells Fargo Bank, N.A. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Donna L. Orta

    Debtor(s)

Bankruptcy No: 15−17515−ref

Chapter: 13

---

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑ 2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑ 3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        400 Washington Street
        Suite 300
        Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

        For The Court
        Timothy B. McGrath
        Clerk of Court

Dated: 3/20/19

44 − 43
Form 138_new